**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Supreme Court No. DA 21-0361

**FILED**

02/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0361

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MAUREEN THERESE DOUBEK,

      Defendant and Appellant.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 18, 2022 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2022